## Second Department, April, 1936.

Alfred Boser, Jr., Respondent, v. Aaron Moss, Appellant.— Action to reforeclose a first mortgage to extinguish a second mortgage, the owner of which had not been made a party defendant in a prior foreclosure action of the first mortgage. Plaintiff herein is the purchaser of the premises by deed from the first mortgagee, who bought in at the foreclosure sale for $5,000. The mortgage foreclosed was $80,000. Judgment of foreclosure directing that the premises be sold for the full amount of the mortgage, namely, $80,000, unanimously affirmed, with costs. (Benedict v. Gilman, 4 Paige Ch. 58; Raynor v. Selmes, 52 N. Y. 579; Collins v. Riggs, 81 U. S. [14 Wall.] 491; Dougherty v. Kubat, 67 Neb. 269; 93 N. W. 317; 2 Jones Mort. [8th ed.] § 1376; 2 Wiltsie Mort. Forecl. § 1173.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

Sophie Cohn, Respondent-Appellant, v. Josephine A. Tucker, Appellant-Respondent, and Others, Defendants.— Action for a mandatory injunction compelling the removal of an obstruction placed and maintained by defendant Tucker upon her property, in violation of a setback covenant. On appeal by defendant Tucker, judgment granting such equitable relief and order denying defendant Tucker's motion to set aside the judgment and to refer the matter to the official referee for a rehearing unanimously affirmed, with costs. On appeal by plaintiff, judgment, in so far as it fails to award her costs, unanimously affirmed, without costs. By the stipulation that the referee might fix damages instead of directing the removal of the building, the plaintiff, in the circumstances here shown, in view of what had previously transpired, did not waive her right to the equitable relief sought. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of Henrietta F. Lamerdin, Late of the County of Queens, Deceased. John P. Lamerdin, Appellant; Edwin V. Hellawell and Grace D. McKenna, Respondents.— Order of the Surrogate's Court of Queens county entered December 9, 1935, granting executors' motion to strike out portions of the answer of the contestant; order entered December 23, 1935, granting motion to frame issues upon the jury trial thereof; order of December 12, 1935, granting motion of executors for a bill of particulars of the answer of the contestant, and order entered December 26, 1935, modifying a notice of examination before trial served by the contestant, affirmed, with one bill of ten dollars costs and disbursements; payable by appellant personally; the examination to proceed on five days' notice and the bill of particulars to be served within twenty days after the completion of the examination. No opinion. Appeal from order entered December 24, 1935, denying a reargument of the motion for a bill of particulars resulting in the order of December 12, 1935, dismissed as not appealable, without costs. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur. [157 Misc. 431.]